# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1145
LT Case No. 2023-303785-CFDB

_____

JEROME HENDERSON,

  Appellant,

  v.

STATE OF FLORIDA,

  Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Dawn D. Nichols, Judge.

Keith Peterson, of Law Offices of Peterson, P.A., Mulberry, for
Appellant.

James Uthmeier, Attorney General, Tallahassee, and Bonnie
Jean Parrish, Assistant Attorney General, Daytona Beach, for
Appellee.

March 19, 2026

PER CURIAM.

  AFFIRMED.

LAMBERT, EDWARDS, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____